IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:

JASON THOMAS BERG and
MARY ANN BERG,

Debtor(s).

**8:19CV452**

BK18-81189
CH. 7

**ORDER**

This matter is before the Court on motion of the Trustee, Richard D. Myers, to withdraw his request for civil contempt, (Filing No. 17). The Trustee has shown that the debtors have complied with the trustee's request for information, documents and other matters. Accordingly, the Court finds the request should be granted and this action should be dismissed.

IT IS ORDERED:

1.      The Trustee's motion to withdraw his request for civil contempt, (Filing No. 17) is granted.

2.      This action is dismissed.

Dated this 28th day of May, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge